UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X
NOT DEAD YET, NMD UNITED, DISABILITY
RIGHTS NEW YORK, MICHELLE BROSE,
MIKE VOLKMAN, JESSICA TAMBOR, and
PERI FINKELSTEIN, individually and on behalf
of a class of all others similarly situated

                  Plaintiffs,

  - against -

ANDREW CUOMO, Governor of the State of
New York, in his official capacity, and
HOWARD A. ZUCKER, Commissioner of the
New York State Department of Health, in his
official capacity,

                  Defendants.
------------------------------------------------------------X

**JUDGMENT**
CV 20-4819 (GRB)(AKT)

      A Memorandum and Order of Honorable Gary R. Brown, United States District Judge, having been filed on August 13, 2021, granting defendants' motion to dismiss pursuant to Rule 12 of the Federal Rules of Civil Procedure, dismissing the case, and directing the Clerk to close the case, it is

      **ORDERED AND ADJUDGED** that plaintiffs Not Dead Yet, NMD United, Disability Rights New York, Michelle Brose, Mike Volkman, Jessica Tambor, and Peri Finkelstein take nothing of defendants Andrew Cuomo and Howard A. Zucker; that defendants' motion to dismiss is granted; that the case is dismissed; and that this case is closed.

Dated: August 13, 2021
       Central Islip, New York

                                                                                           DOUGLAS C. PALMER
                                                                                       CLERK OF THE COURT
                                                             BY:   /S/ JAMES J. TORITTO
                                                                                          DEPUTY CLERK