UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NOT DEAD YET, NMD UNITED,
DISABILITY RIGHTS NEW YORK,
MICHELLE BROSE, MIKE VOLKMAN,
JESSICA TAMBOR, and PERI
FINKELSTEIN, individually and on behalf of
a class of all others similarly situated,

      Plaintiffs,

-against-

ANDREW CUOMO, Governor of the State
of New York, in his official capacity, and
HOWARD A. ZUCKER, Commissioner of
the New York State Department of Health, in
his official capacity.

      Defendants.

CIVIL CASE NO:
2:20-CV-04819-GRB-AKT

**NOTICE OF APPEAL**

Notice is hereby given that Not Dead Yet, NMD United, Disability Rights New York, Michelle Brose, Mike Volkman, Jessica Tambor and Peri Finkelstein, plaintiffs, in the above-named case, hereby appeal to the United State Court of Appeals for the Second Circuit from the final judgment entered in this action on August 13, 2021.

DATED: Albany, NY
       September 10, 2021

_____
Jessica Barlow, Esq.
DISABILITY RIGHTS NEW YORK
Attorney for Disability Rights New York and individually named Plaintiffs
725 Broadway, Suite 250
Albany, NY 12207-5001
Phone: (518) 432-7861

_____/s/ Britney Wilson_____
Britney R. Wilson, Esq., Associate Professor of Law
Director, Civil Rights and Disability Justice Clinic
Attorney for Not Dead Yet, NMD United and individually named Plaintiffs
New York Law School Legal Services, Inc.
185 W. Broadway
New York, NY 10013
Phone: (212) 431-2182